UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 19-18080
CHRISTOPHER M RASMUSSEN  )
TANYA E RASMUSSEN  )  Chapter: 13
  )  Honorable LaShonda Hunt
  )
  )
Debtor(s)  )

## ORDER MODIFYING AUTOMATIC STAY

THIS MATTER COMING TO BE HEARD on the Motion filed by U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust. to modify the Automatic Stay, due notice having been given and the Court being fully advised in the premises.

IT IS HEREBY ORDERED that the Automatic Stay against U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust., and its agent or assigns be, and the same is modified pursuant to §362(d) of the United States Bankruptcy Code as to the real property commonly known as 1006 FOXVIEW DR , JOLIET, IL 60431.

IT IS FURTHER ORDERED that the Proof of Claim filed on behalf of U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust., in connection with the real property, shall hereby be withdrawn.

Enter:

*/s/ LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: August 20, 2021

**Prepared by:**

Ira T. Nevel
Timothy R. Yueill
Greg Elsnic
Aaron Nevel
175 North Franklin St. Suite 201
Chicago, Illinois 60606
(312) 357-1125
Pleadings@nevellaw.com